IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: EURAND INC. | : | CASE NO. 3:05mc22 |
| ALAMO PHARMACEUTICALS LLC | : | |
| Plaintiff, | | JUDGE WALTER H. RICE |
| vs. | : | |
| YAMANOUCHI PHARMA TECHNOLOGIES INC, et al. | : | |
| | : | |
| Defendant. | | |

## ORDER UNSEALING CASE

This Court, upon its own motion, and with the agreement of the United States Attorneys' Office, hereby orders the instant case unsealed.

August 24, 2023

*[signature: Walter H. Rice]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE